STATE OF CONNECTICUT *v.* JOSEPH F. CARCARE

ALCORN, C. J., HOUSE, COTTER, THIM and RYAN, Js.

Argued October 6—decided October 6, 1970

*Ralph F. Scofield,* special public defender, for the appellant (defendant).

*Joseph T. Gormley, Jr.,* state's attorney, for the appellee (state).

PER CURIAM. The sole assignment of error on this appeal is that there was not sufficient evidence before the jury to support a finding that the defendant was guilty beyond a reasonable doubt of the crime of breaking and entering with violence. The evidence printed in the appendix to the brief of the state discloses that there is no merit to this assignment of error.

There is no error.